UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHELTON D. WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW B. MILLER and VANGUARD ) <br> SALES OF EVANSVILLE, INC., ) <br> ) <br> Defendants. ) | **CIVIL NO.** 19-cv-89-JPG-RJD |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Shelton D. Williams, by and through undersigned counsel, and hereby informs the Court that settlement has been reached regarding the above-referenced matter. Plaintiff requests this matter be passed from the Court's docket to complete settlement.

COFMAN TOWNSLEY, LLP

By: */s/ Todd R. Nissenholtz*
Todd R. Nissenholtz, #55049MO
200 S. Hanley Road, Suite 1070
St. Louis, Missouri 63105
314.621.2005
314.621.3118 (facsimile)
tn@cofmantownsley.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was forwarded via the Court's electronic filing system on March 23, 2020, to all attorneys of record.

*/s/ Todd R. Nissenholtz*